**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **NICHOLAS VALENTI,** | : | |
|     **Plaintiff,** | : | |
| | : | |
|     **v.** | : | **CIVIL ACTION NO. 25-CV-3233** |
| | : | |
| **JAMES FRANK,** *et al.*, | : | |
|     **Defendants.** | : | |

<u>**ORDER**</u>

AND NOW, this 17th day of September, 2025, upon consideration of Plaintiff Nicholas Valenti's *pro se* Amended Complaint (ECF No. 7), it is **ORDERED** that:

1.      The Clerk of Court is **DIRECTED** to add E. Kingsley as a Defendant to the caption of this case.

2.      Any further proceedings on Valenti's Fourth Amendment, Due Process and Second Amendment claims, as described in this Court's accompanying Memorandum, are **STAYED** until Valenti informs this Court that his related criminal proceeding, *Commonwealth v. Valenti*, CP-15-CR-0001374-2023 (C.P. Chester), has been resolved in accordance with paragraph (4) four of this Order.

3.      The balance of the Amended Complaint is **DISMISSED WITH PREJUDICE**.

4.      If he seeks to pursue his stayed claims, Valenti must notify this Court **<u>within thirty (30) days of the resolution of his related criminal case including any available appeals</u>**, *Commonwealth v. Valenti*, CP-15-CR-0001374-2023 (C.P. Chester), that (a) the proceeding has been resolved, including any direct appeals; (b) how the proceeding resolved; and (c) whether he still intends to pursue the claims in the instant case.  Failure to comply with this Order may result in dismissal of this case.

5.      The Clerk of Court is **DIRECTED** not to issue summonses at this time.

**BY THE COURT:**

**HON. MIA R. PEREZ**